**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-MJ-2694-SANCHEZ**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**TRENTON JOHNSTON,**

**Defendant.**
______________________________________/

# PRETRIAL DETENTION ORDER

On April 29, 2026, the parties appeared before the Court for a hearing to determine whether Defendant Trenton Johnston a should be detained prior to trial under 18 U.S.C. § 3142, commonly known as the Bail Reform Act of 1984. Assistant United States Attorney Jackson Deering appeared on behalf of the Government. Attorney Lance Aduba appeared on behalf of Defendant, who was also present. Defendant indicated that he was able to understand what was being said to him throughout the hearing.

With the advice of counsel, Defendant knowingly and voluntarily waived his right to a bond hearing at this time and stipulated to pretrial detention, reserving the right to request a bond hearing in the future. Consequently, no bond hearing was held, no evidence was presented, no witnesses were called, and no bond was given. Having considered the Indictment, the Pretrial Services Report, and the factors enumerated in 18 U.S.C. § 3142(g), the Court accepts Defendant's stipulation to detention.

Accordingly, it is hereby **ORDERED** that Defendant Trenton Johnston be detained pending trial and until the conclusion thereof. This Order is without prejudice to Defendant seeking a bond hearing at a subsequent date. Defendant must be remanded to the custody of the United States Marshals. The Court directs that Defendant be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of April, 2026.

Enjoliqué A Lett

ENJOLIQUÉ LETT
UNITED STATES MAGISTRATE JUDGE