# COURT MINUTES



## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor** Date: 04/29/2026 Time: 10:00 a.m.

Defendant: Trenton Johnston J#: 58554-512 Case #: 26-MJ-2694-SANCHEZ

AUSA: Jackson Dering Attorney: Lance Aduba - TEMP

Violation: Conspiracy to Commit Wire Fraud Conspiracy to Commit Laundering of Monetary Instruments

Proceeding: PTD&RRC CJA Appt:

Bond/PTD Held: ◯ Yes ◯ No Recommended Bond:

Bond Set at: STIP PTD with Right to Revisit Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Brady Order given 04/24. Lance Aduba filed Temp NOA DE#7. Atty Brooke Watson also present in court.
Prelim/Arr 05/08/26. Government's ore tenus request for PTD- GRANTED pursuant to stipulated detention with right to revisit.
Defendant Motion for extension of time to Retain Permanent counsel – **GRANTED.**

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel:** | 5/8/26 | 10AM | DUTY | MIAMI |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:24:25 Time in Court: 3 MINS

**s/Enjolique A. Lett** Magistrate Judge