**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20181-CR-ALTMAN**

**UNITED STATES OF AMERICA**

**v.**

**TRENTON RICHARD DAVID JOHNSTON,**

**Defendant.**
_____/

## FACTUAL PROFFER

The United States of America and Defendant Trenton Richard David Johnston ("Johnston") agree that, had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt:

From in or around January 2024, and continuing through on or about March 24, 2026, Trenton Richard David Johnston ("Johnston") and his co-conspirators used social engineering to deceive victims into giving access to their cryptocurrency. Johnston and his co-conspirators would pretend to be Google support or other crypto related companies to trick victims into releasing information related to their cryptocurrency accounts. The defendant and other co-conspirators perpetrated this fraudulent scheme while in New York, California, and Florida. From this fraudulent scheme, Johnston and other co-conspirators amassed approximately $13,041,000 and used that money in part to fund an exotic lifestyle in Miami, Florida, and Los Angeles, California.

On or about February 20, 2026, the defendant and other co-conspirators tricked Victim 1 into believing that his/her Google email and Coinbase accounts were compromised. From this deception, the defendant and other co-conspirators were able to gain access to Victim 1's cryptocurrency. The defendant and other co-conspirators stole approximately 21 Ethereum

("ETH") valued at approximately $41,000.

On or about March 13, 2026, the defendant and other co-conspirators posed as Google and Trezor representatives to falsely alert Victim 2 that someone was trying to access his/her cryptocurrency accounts. From this deception, the defendant and co-conspirators stole 185 Bitcoin ("BTC"), valued at approximately $13,000.000.

In or around November 2025, the defendant met Brandon Michael Tardibone ("Tardibone"). Tardibone was a known dealer in exotic car rentals in Miami, Florida. Through Tardibone's car rental company, the defendant rented a Lamborghini Aventador SVJ and other vehicles. In addition, the defendant provided Tardibone with stolen cryptocurrency to purchase for him a Lamborghini Aventador SVJ, BMW M5, and BMW M4. The defendant purchased and rented these vehicles using proceeds derived from the aforementioned fraud scheme. This business relationship developed into a partnership where Tardibone assisted the defendant and other co-conspirators in brokering deals involving buying and renting cars, private jet rentals, short-term house rentals, and jewelry purchases.

From in or around January 2026, and continuing through on or about March 24, 2026, the defendant and other co-conspirators engaged in monetary transactions with Tardibone for property valued at approximately $1,187,683.74. These monetary transactions involved the defendant and other co-conspirators knowingly sending stolen cryptocurrency to Tardibone to engage in monetary transactions affecting interstate and foreign commerce. These transactions included the following:

2

| Date & Time | Amount | Date | Amount | Description |
|---|---|---|---|---|
| 1/13/2026 | $25,000.00 | 1/13/2026 | $25,869.36 | Downpayment for BMW M5 G90 |
| 1/17/2026 | $800.00 | 1/17/2026 | $846.63 | Car rental |
| 1/18/2026 | $800.00 | 1/18/2026 | $796.25 | Car rental extension |
| 1/19/2026 | $800.00 | 1/19/2026 | $842.82 | Car rental extension |
| 1/21/2026 | $45,000.00 | 1/21/2026 | $44,211.75 | Balance of car rentals & private jet payment |
| 1/25/2026 | $11,000.00 | 1/25/2026 | $10,494.98 | Purchase of $10,000 cash |
| 1/28/2026 | $5,700.00 | 1/28/2026 | $5,695.79 | Car rental in LA |
| 2/4/2026 | $1,100.00 | 2/4/2026 | $1,040.00 | LA car rental |
| 2/7/2026 | $2,010.00 | 2/7/2026 | $2,002.72 | Car rental extension in LA |
| 2/7/2026 | $4,000.00 | 2/7/2026 | $3,972.78 | Car rental extension in LA |
| 2/10/2026 | $1,500.00 | 2/10/2026 | $1,514.01 | Car rental in LA |
| 3/3/2026 | $6,600.00 | 3/3/2026 | $6,529.50 | Car rentals and flight tickets (LA) |
| 3/3/2026 | $10,000.00 | 3/3/2026 | $9,916.93 | Deposit for rental house in North Miami |
| 3/3/2026 | $50,000.00 | 3/3/2026 | $50,425.96 | Payments toward BMW M5 |
| 3/5/2026 | $1,000.00 | 3/5/2026 | $995.54 | Best Buy purchase reimbursement |
| 3/7/2026 | $80,000.00 | 3/7/2026 | $79,548.03 | SVJ rental and payoff balance for M5 G90: ($71,773 + $7,500) |
| 3/14/2026 | $310,000.00 | 3/14/2026 | $309,807.92 | Vehicle purchase (Lamborghini SVJ) |
| 3/15/2026 | $72,000.00 | 3/15/2026 | $74,615.92 | Vehicle purchase (BMW M4) |
| 3/16/2026 | $1,500.00 | 3/16/2026 | $1,625.40 | Plane tickets for two girls from New York |
| 3/17/2026 | $2,300.00 | 3/17/2026 | $2,271.62 | Maid |
| 3/18/2026 | $5,500.00 | 3/18/2026 | $5,497.21 | Load card on Johnston's Apple Pay |
| 3/22/2026 | $550,000.00 | 3/22/2026 | $543,931.94 | Balance of vehicle (Lamborghini SVJ) |
| 3/23/2026 | $5,000.00 | 3/23/2026 | $5,230.68 | Vehicle damage repairs |
| Total | | | $1,187,683.74 | |

3

At the time the defendant engaged in these monetary transactions with Tardibone, he knew the proceeds were of some criminal activity, specifically, proceeds of specified unlawful activity of wire fraud, in violation of Title 18, United States Code, Section 1343. Further, the defendant and other co-conspirators concealed and disguised the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity by running it through multiple wallets to make it untraceable.

In total, the amount of laundered funds involved in the conspiracy was approximately $1,187,683.74. The money that the defendant, Tardibone, and other co-conspirators laundered were stolen funds from the fraud scheme. The defendant benefited personally by sending stolen cryptocurrency to Tardibone for Tardibone to make purchases on his behalf. The defendant knew the payments were funded through proceeds of the fraud scheme.

On March 24, 2026, the defendant was arrested by Homeland Security Investigations ("HSI"). At the time, the defendant possessed one Hermes Birkin Black Togo Leather GHW Bag and $16,362 in United States currency. This property was involved in the conspiracy to spend more than $10,000 in stolen cryptocurrency.

On June 4, 2026, the defendant turned over approximately 53.16 Bitcoin and 275.23 Ethereum, the total amount of stolen cryptocurrency that he possessed from the fraudulent scheme to HSI. This property was involved in the conspiracy to spend more than $10,000 in stolen cryptocurrency.

**[INTENTIONALLY LEFT BLANK]**

4

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties agree it is sufficient to prove Count 2 of the Indictment beyond a reasonable doubt.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

DATE: _____          BY: _____
                                  JACKSON K. DERING V
                                  ASSISTANT UNITED STATES ATTORNEY

DATE: 6.09.2026              BY: _____
                                  BROOKE WATSON
                                  COUNSEL FOR THE DEFENDANT

DATE: 6/09/2026              BY: _____
                                  TRENTON RICHARD DAVID JOHNSTON
                                  DEFENDANT

5