**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

1:26-CR-20181-ALTMAN/HERNANDEZ

**UNITED STATES OF AMERICA**
        Plaintiff

*v.*

**TRENTON RICHARD DAVID JOHNSTON,**
        Defendant

_____ /

## DEFENDANT'S NOTICE THAT HE DOES NOT INTEND TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION

Now comes the Defendant, Trenton Richard David Johnston by and through undersigned counsel, and respectfully submits that he does not intend to file objections to the Report and Recommendation Following Change of Plea Hearing (DE: 55).

Dated: June 9, 2026

/s/ Brooke Watson
Brooke Watson
Florida Bar No. 1074904
DYNAMIS LLP
1 SE 3rd Ave., Suite 1000
Miami, FL 33131
bwatson@dynamisllp.com
(305) 306-6593

## CERTIFICATE OF SERVICE

I, Brooke Watson, hereby certify that a true and correct copy of this Notice was electronically served via CM/ECF on all parties of record on June 9, 2026.

/s/ Brooke Watson