**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cr-20181-RKA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TRENTON RICHARD DAVID
JOHNSTON,

Defendant.
_________________________________/

# NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, undersigned counsel, Constantine P. Economides, necessarily files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Constantine P. Economides
Dynamis LLP
1 SE 3rd Ave., Suite 1000
Miami, FL 33131

The undersigned respectfully requests that the Clerk of Court and all counsel of record update their records accordingly and direct all future pleadings, correspondence, and notices to the new address set forth above.

Dated: August 24, 2026

Respectfully submitted,

/s/ Constantine P. Economides
Constantine P. Economides

Florida Bar No. 118177
ceconomides@dynamisllp.com
Dynamis LLP
1 SE 3rd Ave., Suite 1000
Miami, FL 33131
305-985-2959