**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20181-CR-ALTMAN**

**UNITED STATES OF AMERICA**

**v.**

**TRENTON RICHARD DAVID JOHNSTON,**

**Defendant.**
_______________________________________________/

**UNITED STATES' MOTION FOR REDUCTION OF SENTENCE**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court, pursuant to Section 5K1.1 of the United States Sentencing Guidelines, for a 40% reduction of Defendant's sentence to reflect his substantial assistance in the investigation and prosecution of others.

On May 6, 2026, the Defendant was charged by Indictment with [Count 1] Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349, and charged together with co-defendant Brandon Michael Tardibone with [Count 2] Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h). (DE: 18).

The Defendant pled guilty on June 9, 2026, to Count 2, Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h), and the United States agreed to dismiss Count 1 after sentencing. (DE: 50). The Defendant is scheduled for sentencing on October 26, 2026. (DE:68).

Since the initiation of this investigation, as will be detailed at the sentencing hearing, the Defendant provided substantial assistance to the United States and his assistance warrants a reduction in sentencing under U.S.S.G. § 5K1.1.

WHEREFORE, the United States respectfully moves this Court, pursuant to 5K1.1 of the United States Sentencing Guidelines, to reduce the Defendant's sentence by 40% as a result of his substantial assistance in the investigation of another person.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/Jackson K. Dering V*

JACKSON K. DERING V
Assistant United States Attorney
Florida Bar No. A5503449
99 N.E. 4th Street
Miami, Florida 33132-2111
Tel: (786) 239-9274
Jackson.Dering@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document and the referenced discovery is being served this day on counsel of record.

*/s/ Jackson K. Dering V*
Jackson K. Dering V