# EXHIBIT A

## LETTERS IN SUPPORT OF

## DEFENDANT TRENTON JOHNSTON

**(REDACTED)**

United States v. Johnston, No. 26-20181-CR-ALTMAN (S.D. Fla.)

*The letters that follow are reproduced in redacted form. Identifying information—names, business names, and specific place names—has been redacted to protect the defendant and his family. Unredacted originals have been provided to the Court and the Government.*

# INDEX OF LETTERS

| Letter | Relationship to Defendant |
|---|---|
| 1 | Mother |
| 2 | Father |
| 3 | Family friend |
| 4 | Brother-in-law |
| 5 | Sister |

*The letters follow in the order listed above.*

Dear honourabe Judge

My name is [redacted] and I am Trentons Mom. I have loved this boy all his life and I will love him from now until forever. March 25th of this year our lives changed. I remember my son. Who is bright, funny, loving and generous. Who helped his great grandma with puzzles, who played sports with friends, who hated school and Loves pink salad. He was always a helping hand for us weather he was building fence panels for our chickens, checking bee hives or just cutting the grass. He Loves animals. I was there when he took his first steps, I was there when he scored his first goal. I was there when he drove his first car and I will be there to Love and support him through these next steps of his life. He shines bright. I hope he will never lose that. I miss his smile, his hugs and his personality. I miss my son. He has so much to offer. So much potential that he doesn't even realize it. I Know my son has made mistakes. I also Know the person he is and the person he could be. I hope the court can see the good in him that I have seen his whole life. I ask to please give him the opportunity to learn from his mistakes, grow and move forward with his life. I will continue to love him, support him and be there for him through whatever comes next. He is my son and I believe with all my heart that his best days can still be ahead of him.

Thank you for taking the time to read my letter.

[redacted]

Dear Honourable Judge,

I am writing this letter on behalf of Trenton Johnston.

My name is [redacted] Johnston, from [redacted] Canada, I am currently employed as an operations manager overseeing [redacted] [redacted] business for the past 14 years, prior to that I worked for the [redacted] of [redacted] and I am a licensed auto body collision technician,

I am the father of Trenton Johnston, I am aware of the issues he is facing and want you to know when he is able, he has a loving home to come back to and live, a fully functional auto shop at home, I can assist in helping him gain knowledge and experience working on vehicles to start his career.

Aside from that Trenton has taken a beekeepers course and will transition to looking after our home Apiary,

As a young lad Trenton and I were inseparable

He loved the outdoors, cutting grass yard work riding and operating equipment, most of all coming with Dad to work where he could be found in the truck bays washing and cleaning the winter maintenance equipment cleaning floors and helping the operators, or trying to climb the big sand pile in the sand dome. Weekends when I went to work and didn't have my little buddy my coworkers would always ask where [redacted] is as his personality was infectious and they looked forward to seeing him,

For a father finding out I was going to have a son hit a little different, it's every father dream come true to have a son, this was so true, as he was my "Bud" as I referred to him more than using his actual name. He is such a pleasure to be around most times I'd look up to him, He has taught me many things and has helped grow me as a parent, even taught me Mustard is good in Kraft dinner, I'd of never guessed that!, I so look forward to helping him navigate and grow, He has so much to offer in this life to not only our family but anyone he is around.

I thank you for taking the time to read this letter.

[redacted]

[redacted]

Dear honourable Judge,

I am writing this letter on behalf of Trenton Johnston.

My name is [redacted] I was born and raised in [redacted] Canada , and I am a good family friend of Trenton's. I am also a licensed car and truck technician for the past 33 years, and I own my own shop. I recently learned of Trenton's incarceration and also that he has expressed interest in not only cars but working on them and fixing them. I am thrilled to offer him the opportunity to pursue that future by having him as an apprentice with me when he is able to , In Canada we have a real need for trades people and hearing he has passion for mechanical work is a delight, as I love to share my knowledge and grow the skills of others. I have known him since he was a little boy and can say that he has energy to work on what he puts his mind to and is a pleasure to be around.

He's fun, but also quiet and a clean and organized person.

Thank you for taking the time to read my letter

[redacted]

To the Court,

My name is [redacted] and I am writing this letter in support of my brother-in-law, Trenton Johnston.

I have known Trent since he was approximately 13 years old. When I first met Trent, he welcomed me into the family with open arms and a big smile. We would always joke and laughed together, poking fun at his sisters. And go out with the four of us and go on hikes.

In my opportunity to work with Trent, I have seen him work hard, take on responsibilities, and work through problems on the jobsite. He is always welcome to come do carpentry with me again. Outside of work, we have spent time together doing various activities, including going to the gym, and bass fishing, and talking on the car rides home. These experiences have given me the opportunity to hear Trent's thoughts on life and his passions that he wants to pursue. We always talked about a fishing trip to catch giant Groupers, and fixing up my old tin boat. I look forward to doing these things with him.

In my experience, Trent is a caring, hardworking, humorous guy who values his family, the people close to him, and tries to make them laugh. Like anyone, he has made mistakes, but I believe he is capable of learning from them and making better decisions moving forward.

I believe that Trent has the ability to take this experience seriously, accept responsibility, and continue moving in a positive direction. He's a smart kid, and I miss him a lot.

I hope that the Court will consider the character I known in Trent for many years, in addition to the circumstances.

[redacted]

**Dear Judge,**

My name is [redacted] [redacted] and I am writing on behalf of my younger brother, Trenton Johnston.

My brother means so much to me and to our family, and these past few months have been incredibly difficult for all of us. As his older sister, I have had the privilege of watching him grow from a little boy who loved Tonka trucks and playing LEGO with me into the man he is today. I know his personality, his sense of humour, his heart, and the way he cares deeply about the people he loves.

Trenton can be funny, caring, stubborn, and sometimes a little too proud, but those are all parts of what makes him who he is. He has always been someone who can make the people around him laugh, and he brings a special energy into every room he walks into. He has always been there for me, and he was a huge source of support when I had my first son. That is something I will always be grateful for.

I see so much of my brother in my two sons. Their personalities, humour, charm, and potential remind me of the qualities I have seen in Trenton since we were growing up together. Although my sons have not yet had the opportunity to form much of a relationship with their uncle, I truly believe they would benefit from having him in their lives. I want them to have the opportunity to know him, build a relationship with him, and have him be a part of their lives as they grow up, just as I was fortunate enough to have him as a part of mine. I miss the days where Trenton would go on walks with us at the park, treat us to ice cream, and go fishing at our family farm. My family misses him every day and are hopeful that we can continue making memories with him soon.

Like any older sister, I could go on and on about how stubborn or annoying my little brother can be at times. But beyond those everyday sibling moments, I have also had the opportunity to see his good qualities and the person he is at heart. I know him to be someone who values his family and genuinely cares about the people closest to him.

No matter how old we get, a part of me will always want to look out for my little brother. I hope Trenton knows how deeply we love him and that he will always have a place in our family and in our home.

[redacted]